# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CHERREY,<br><br>    Plaintiff,<br><br>  v.<br><br>JA SOLAR HOLDINGS CO. LTD., BINGYAN REN, ERYING JIA, BAOFANG JIN, JIQING HUANG, SHAOHUA JIA, HOPE NI, YUWEN ZHAO, YUHONG FAN, and JIAN XIE,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  **CASE NO.: 1:17-cv-9912-PKC** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff James Cherrey ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: February 22, 2018

Respectfully submitted,

By: /s/ *Christopher J. Kupka*
Christopher J. Kupka
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ckupka@zlk.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
   etripodi@zlk.com